**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

QUIANA MCLEAN,

        Plaintiff,

v.                                                              Case No.: 3:24-cv-859-WWB-LLL

BANK OF AMERICA CORPORATION
CORPORATE BENEFITS
COMMITTEE,

        Defendant.
_____

## ORDER

The Court has been advised by the parties' Joint Notice of Resolution that the above-styled action has been completely settled.  (Doc. 26 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on December 9, 2024.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record